# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 769 |
| | : | |
| ORDER ADOPTING RULE 415 | : | SUPREME COURT RULES |
| AND AMENDING RULE 620 OF | : | |
| THE PENNSYLVANIA | : | DOCKET |
| RULES OF JUVENILE COURT | : | |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2018, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 47 Pa.B. 942 (February 18, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Juvenile Court Procedure 415 is adopted and Pennsylvania Rule of Juvenile Court Procedure 620 is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.